ALSD Local 91 (Rev. 3/15)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>KYLE ROSS ROOP | )<br>)<br>)  Case No.  18-mj-112<br>)<br>)<br>)<br>) |
| _____<br>*Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____July 19, 2018____ in the county of ____Baldwin____ in the ____Southern____ District of ____Alabama____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

SEE ATTACHMENT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel H. McKenzie, Special Agent, HSI
_____
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1.

Date: ____09/18/2018____

P. Bradley Murray

Digitally signed by P. Bradley Murray
DN: cn=P. Bradley Murray, o, ou=United States Magistrate
Judge, email=bradley_murray@alsd.uscourts.gov, c=US
Date: 2018.09.18 13:10:40 -06'00'
_____
*Judge's signature*

City and state: ____Mobile, AL____

P. BRADLEY MURRAY, U.S. Magistrate Judge
_____
*Printed name and title*