## PENALTY PAGE

CASE STYLE:           UNITED STATES v. KYLE ROSS ROOP

DEFENDANT:            KYLE ROSS ROOP (COUNT ONE)

USAO NUMBER:          18R00522

AUSA:                Michael D. Anderson

CODE VIOLATION:

COUNT 1:             21 USC § 841(a)(1), Possession/distribution of a controlled
                     substance

PENALTY:

COUNT 1:             10yrs/$500,000/3yrs SRT/$100 SA

4