CLOSED

# U.S. District Court
# Western District of Louisiana (Shreveport)
# CRIMINAL DOCKET FOR CASE #: <u>5:18–mj–00093–MLH</u> All Defendants

Case title: USA v. Roop

Other court case number: 1:18–mj–00112–MU Southern District of Alabama (Mobile)

Date Filed: 09/20/2018
Date Terminated: 09/27/2018

Assigned to: Magistrate Judge Mark L Hornsby

### Defendant (1)

**Kyle Ross Roop**
*TERMINATED: 09/27/2018*

represented by **Ashley Renee Martin**
Federal Public Defenders Office (SHV)
300 Fannin St Ste 2199
Shreveport, LA 71101
318–676–3310
Fax: 318–676–3313
Email: ashley_martin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| Charges originating in Southern District of Alabama 21:841A=CD.F – Distribution of a Controlled Substance | |

1

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Frederick Michael O'Mara** |
| | | U S Attorneys Office (SHV) |
| | | 300 Fannin St Ste 3201 |
| | | Shreveport, LA 71101–3068 |
| | | 318–676–3600 |
| | | Email: michael.omara@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/20/2018 | | | ARREST (Rule 5(c)(2)) of Kyle Ross Roop (1). (crt,YocumSld, M) (Entered: 09/20/2018) |
| 09/20/2018 | 1 | | RULE 40 or 5(c)(3) Charging Documents Received from Southern District of Alabama, their Case Number 1:18–mj–00112–MU, as to Kyle Ross Roop (1). (Attachments: # 1 SEALED Arrest Warrant, # 2 Docket Sheet (Southern District of Alabama)) (crt,YocumSld, M) (Entered: 09/20/2018) |
| 09/20/2018 | 2 | | ORAL MOTION to Appoint Counsel by Kyle Ross Roop (1). (crt,YocumSld, M) (Entered: 09/20/2018) |
| 09/20/2018 | 3 | | ORAL MOTION for Ashley Renee Martin to Enroll as Appointed Counsel by Kyle Ross Roop (1). (crt,YocumSld, M) (Entered: 09/20/2018) |
| 09/20/2018 | 4 | 4 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Kyle Ross Roop (1) held on 9/20/2018. ORAL ORDERS granting 2 Motion to Appoint Counsel and granting 3 Motion to Enroll Ashley Renee Martin as Appointed Counsel for Kyle Ross Roop (1). The governments request for temporary detention pending a detention hearing is granted. Detention Hearing set for 9/24/2018 at 3:00 PM in Shreveport, Courtroom 3 before Magistrate Judge Mark L Hornsby. Defendant remanded to the custody of the U S Marshal pending the detention hearing. (Court Reporter: LCR, Shreveport – Courtroom 3) (crt,YocumSld, M) (Entered: 09/20/2018) |
| 09/24/2018 | 5 | | ELECTRONIC MINUTE ENTRY as to Kyle Ross Roop (1). At the request of defense counsel the Detention Hearing originally set for 9/24/18 has been RESET for 10/2/2018 at 2:00 PM in Shreveport, Courtroom 3 before Magistrate Judge Mark L Hornsby. Signed by Magistrate Judge Mark L Hornsby on 9/24/2018. (crt,Keller, J) (Entered: 09/24/2018) |
| 09/26/2018 | 6 | | ELECTRONIC MINUTE ENTRY as to Kyle Ross Roop (1). The government has withdrawn its request for detention. Signed by Magistrate Judge Mark L Hornsby on 9/26/2018. (crt,Keller, J) (Entered: 09/26/2018) |
| 09/26/2018 | | | Set/Reset Hearings as to Kyle Ross Roop (1): Detention Hearing set for 9/27/2018 at 10:00 AM in Shreveport, Courtroom 3 before Magistrate Judge Mark L Hornsby. (crt,Keller, J) (Entered: 09/26/2018) |
| 09/27/2018 | 7 | 5 | |

|  |  |  |  |
|---|---|---|---|
|  |  |  | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: DETENTION HEARING as to Kyle Ross Roop (1) held on 9/27/2018. The Government withdrew its request for detention. Defendant released on a $25,000 Appearance Bond with conditions. Defendant is ordered to appear in the Southern District of Alabama on October 10, 2018 at 2:00 pm before Magistrate Judge Katherine Nelson. Defendant is to contact the U S Probation Office in Southern District of Alabama prior to October 10, 2018. (Court Reporter: LCR, Shreveport – Courtroom 3) (crt,YocumSld, M) (Entered: 09/27/2018) |
| 09/27/2018 | 8 | 6 | ORDER Requiring Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to Kyle Ross Roop (1). Defendant to appear in the Southern District of Alabama on October 10, 2018 at 2:00 pm before Magistrate Judge Katherine Nelson in courtroom 5B. Signed by Magistrate Judge Mark L Hornsby on 9/27/2018. (crt,YocumSld, M) (Entered: 09/27/2018) |
| 09/27/2018 | 9 | 7 | APPEARANCE BOND Entered as to Kyle Ross Roop (1) in amount of $25,000 Unsecured Bond. Signed by Magistrate Judge Mark L Hornsby on 9/27/2018. (crt,YocumSld, M) (Entered: 09/27/2018) |
| 09/27/2018 | 10 | 9 | ORDER Setting Conditions of Release as to Kyle Ross Roop (1) $25,000 Unsecured Bond. Signed by Magistrate Judge Mark L Hornsby on 9/27/2018. (crt,YocumSld, M) (Entered: 09/27/2018) |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. (WDLA) 5:18-MJ-00093-01** |
| | **CASE NO. (SDAL) 1:18-MJ-00112-MU** |
| **VERSUS** | **MAGISTRATE JUDGE HORNSBY** |
| **KYLE ROSS ROOP (01)** | |

## MINUTES OF COURT:
### Initial Appearance

| | | | |
|---|---|---|---|
| Date: | September 20, 2018 | Presiding: | Magistrate Judge Mark L. Hornsby |
| Court Opened: | 1:30 p.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 1:55 p.m. | Court Reporter: | LCR |
| Statistical Time: | 0:25 | Courtroom: | CR3 |

### APPEARANCES

| | | |
|---|---|---|
| Ashley Renee Martin  (AFPD) | For | Kyle Ross Roop (01), Defendant |
| Kyle Ross Roop (01), Defendant | | |

### PROCEEDINGS

**INITIAL APPEARANCE AND COUNSEL on Criminal Complaint:**

The defendant admitted his identity and was advised of the charge and of his constitutional rights.

Based on the evidence presented at the hearing, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the court granted Defendant's oral motion for appointment of counsel.  The Office of the Federal Public Defender is appointed to represent the defendant or to recommend counsel to represent the defendant in all further proceedings.

The court granted Ashley Renee Martin's oral motion to enroll as appointed counsel through the Office of the Federal Public Defender for the defendant.

**BOND DETERMINATION/DETENTION HEARING:**

The government's request for temporary detention pending a detention hearing is granted.  The detention hearing was set for **September 24, 2018** at **3:00 p.m.** before Magistrate Judge Hornsby in Courtroom 3.  Accordingly, the defendant is remanded to the custody of the U.S. Marshal pending the detention hearing.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:18-MJ-00093-01** |
| | **CASE NO. (SDAL)  1:18-MJ-00112-MU** |
| **VERSUS** | **MAGISTRATE JUDGE HORNSBY** |
| **KYLE ROSS ROOP (01)** | |

## MINUTES OF COURT:
### Detention Hearing

| | | | |
|---|---|---|---|
| Date: | September 27, 2018 | Presiding: Magistrate | Judge Mark L. Hornsby |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 10:15 a.m. | Court Reporter: | LCR |
| Statistical Time: | 0:15 | Courtroom: | CR3 |

### APPEARANCES

| | | |
|---|---|---|
| Frederick Michael O'Mara  (AUSA) | For | United States of America |
| Betty Lee Marak standing in for Ashley | | |
| Renee Martin   (AFPD) | For | Kyle Ross Roop (01), Defendant |
| Kyle Ross Roop (01), Defendant | | |

### PROCEEDINGS

**PRIOR TO COURT OPENING:**

Judge Hornsby met with counsel prior to the hearing to discuss scheduling.

**BOND DETERMINATION/DETENTION HEARING:**

The government has withdrawn its request for detention. Accordingly, defendant was released on a $25,000 Appearance Bond and Order Setting Conditions.

Defendant is ordered to appear in the Southern District of Alabama, on **October 10, 2018 at 2:00 p.m.** before Magistrate Judge Katherine Nelson. Defendant is directed to contact the U. S. Probation Office, Southern District of Alabama, prior to the October 10, 2018  court appearance.

**FILINGS:**
Appearance Bond
Order Setting Conditions of Release
Order to Appear in the District Where Charges are Pending

Case 1:18-cr-00269-CG-B Doc# 4 Filed 09/28/18 Page 6 of 11 PageID# 19
Case 5:18-mj-00093-MLH Document 13 Filed 09/27/18 Page 6 of 11 PageID# 12

RECEIVED

SEP 27 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:18-mj-00093-01 MLH |
| KYLE ROSS ROOP | ) | |
| | ) | Charging District:   Southern District of Alabama |
| *Defendant* | ) | Charging District's Case No.  1:18-mj-00112-MU |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: USDC Southern District of Alabama<br>155 St. Joseph Street, Mobile, Alabama 36602<br>before  Magistrate Judge Katherine Nelson | Courtroom No.:  5B |
|---|---|
| | Date and Time: 10/10/2018 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        09/27/2018                            _____
                                                                                       *Judge's signature*

                                                    Mark L. Hornsby, U.S. Magistrate Judge
                                                    *Printed name and title*

RECEIVED

SEP 2 7 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

_____Western_____ District of ____Louisiana____

United States of America          )
               v.          )
                       )          Case No.     5:18-mj-00093-01
                       )
     __**Kyle Ross Roop**__          )
         *Defendant*          )

## APPEARANCE BOND

### Defendant's Agreement

I, _____**Kyle Ross Roop**_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    (☒) to appear for court proceedings;
    (☒) if convicted, to surrender to serve a sentence that the court may impose; or
    (☒) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1)  This is a personal recognizance bond.

( ☒ ) (2)  This is an unsecured bond of $ ____$25,000.00____ .

( ☐ ) (3)  This is a secured bond of $ _____ , secured by:

    ( ☐ )  (a)  $ _____ , in cash deposited with the court.

    ( ☐ )  (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    _____

    _____ .

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ )  (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

    _____

    _____

    _____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Case 1:18-cr-60269-CCB Doc# 4 Filed 09/28/18 Page 8 of 11 PageID# 21
Case 3:18-mj-00095-MLH Document 5 Filed 09/27/18 Page 2 of 11 PageID# 14

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;

(2)     the property is not subject to claims, except as described above; and

(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date:     09/27/2018

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

Address: 592 Percheron Dr.
Grand Cane, LA 71032

_____
*Surety/property owner – printed name*

Phone: 318 505 7819

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date:     09/27/2018

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date:     09/27/2018

_____
*Judge's signature*

8

Case 5:18-mj-00093-MLH   Document 1   Filed 09/27/18   Page 9 of 13   PageID #: 15

AO 199A (Rev. 12/11) Order Setting Conditions of Release

## UNITED STATES DISTRICT COURT

for the

Western   District of   Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   5:18-mj-00093-01 |
| **Kyle Ross Roop** | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   USDC – Southern District of Alabama, 155 Saint Joseph St. Mobile, AL 36602
*Place*

before **U.S. Magistrate Judge Katherine Nelson**

on   October 10, 2018 at 2:00 p.m.
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

RECEIVED

SEP 27 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

AO 199B (Rev. 12/11) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____

*Custodian*                           *Date*

( ☒ ) (7) The defendant must:

( ☒ ) (a) submit to supervision by and report for supervision to the **Pretrial Services** _____ ,
telephone number **(318)676-3295** , no later than **as directed by Pretrial Services** .

( ☐ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☒ ) (d) surrender any passport to: Clerk's office *w/i 72 hrs. DeSoto Parish*

( ☒ ) (e) not obtain a passport or other international travel document.

( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: **Defendant's travel shall be restricted to the Western District of Louisiana and shall not depart** ~~Caddo or Bossier Parishes~~ **without prior approval by the court through Pretrial Services. Defendant shall not change their place of residence without prior approval of the court through Pretrial Services,** *and except to travel to Alabama for court.*

( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☒ ) (k) not possess a firearm, destructive device, or other weapon.

( ☒ ) (l) not use alcohol ( ☐ ) at all ( ☒ ) excessively.

( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☒ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☒ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( ☐ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☒ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (s) _____

10

AO 199C   (Rev. 09/08)   Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)   any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)   a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____Shreveport, Louisiana_____
*City and State*

### Directions to the United States Marshal

( ☒ )   The defendant is ORDERED released after processing.

( ☐ )   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   09/27/2018

_____
*Judicial Officer's Signature*

**Mark L. Hornsby, United States Magistrate Judge**

_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

11