**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIM. NO. 18-CR-00269CG** |
| **v.** | : | |
| **KYLE ROSS ROOP** | : | |

## PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW the undersigned Assistant United States Attorney, who respectfully petitions this Honorable Court for the issuance of a Writ of Habeas Corpus [x ] *Ad Prosequendum* [ ] *Ad Testificandum*, as an exigency exists necessitating Detainee's presence for proceedings in the Southern District of Alabama.

Full Name of Detainee:   KYLE ROSS ROOP        DPDC2018090080

Presently Detained at/Custodian:     Desoto Parish Jail,
                                                       Louisiana

[x ] Detainee charged in this District, with 21:841 - drugs
   by:   **Indictment;** or
[ ] Detainee is a witness not otherwise available by ordinary process.
[x] Detainee will be retained in federal custody from initial appearance through final disposition of federal charges, and then will be returned to the custody of the detaining facility to resume the sentence currently being served; or
[ ] Detainee will return to the custody of detaining facility upon termination of proceedings.
Detainee's initial appearance in this District is scheduled for:     October 10, 2018

*/s Michael D. Anderson*
Michael D. Anderson
Assistant United States Attorney
Southern District of Alabama

## WRIT OF HABEAS CORPUS

The above Petition is **GRANTED**.   The above-named custodian of the detaining facility and the

United States Marshal for this District are **ORDERED** to produce Detainee in this District, as petitioned

above, and to return Detainee to said custodian upon the conclusion of said proceedings.

Date: _____                              _____
                                                          United States Magistrate Judge