AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KYLE ROSS ROOP | ) | Case No.   18-mj-112 |
| | ) | |
| | ) | HSI |
| | ) | 10692506 |
| _Defendant_ | | 1803-0919-1410-J |
| | | 20741-035 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)     KYLE ROSS ROOP                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:
  Violation of 21 USC 841


Date:   09/18/2018

_P. Bradley Murray_

Digitally signed by P. Bradley Murray
DN: cn=P. Bradley Murray, o, ou=United States Magistrate
Judge, email=bradley_murray@alsd.uscourts.gov, c=US
Date: 2018.09.18 13:12:06 -06'00'

_Issuing officer's signature_

City and state:     Mobile, Alabama                              P. BRADLEY MURRAY, U.S. Magistrate Judge

_Printed name and title_

| **Return** |
|---|

This warrant was received on (date)     09/18/18     , and the person was arrested on (date)     09/20/18
at (city and state)     WHCAP Desoto Parish Jail, LA .

Date:   11/01/2018

_Angela D. Garriz_

_Arresting officer's signature_

Angela Garriz, Admin Officer

Daniel H. McKenzie, Special Agent, HSI

_Printed name and title_