IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| vs. | * | CRIMINAL NO. 18-00269-CG-B-1 |
| | * | |
| KYLE ROSS ROOP, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Raymond Lloyd Bell, Jr., counsel for Defendant Kyle Ross Roop, filed a Notice of Intent to Plead Guilty (Doc. 19), wherein he advised the Court that Defendant desires to change his plea of not guilty and enter a plea of guilty to **Count One** of the Indictment pursuant to a plea agreement. Accordingly, the pretrial conference currently scheduled for December 11, 2018 is **CANCELED,** and this action is set for a guilty plea hearing on **December 19, 2018,** at **8:30 a.m., CST,** before Senior United States District Judge Callie V.S. Granade, in Courtroom 3B of the United States District Court, 155 St. Joseph Street, Mobile, Alabama, 36602.

The parties are **ORDERED** to file a written Rule 11 Plea Agreement not later than **one (1) full day prior to the guilty plea hearing. Delays in filing the plea agreement or tardy appearances for the guilty plea hearing will result in counsel being required to show cause why they should not be held in contempt.**

If Defendant does not plead as set forth above, counsel shall immediately notify the undersigned Magistrate Judge so that the pretrial conference can be rescheduled.

If Defendant is in custody, the United States Marshal is **DIRECTED** to produce Defendant Kyle Ross Roop for the above-referenced guilty plea hearing.

**ORDERED** this **11th** day of **December, 2018.**

        **/s/ SONJA F. BIVINS**
       **UNITED STATES MAGISTRATE JUDGE**

2