### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-00269-CG |
| | ) | |
| KYLE ROSS ROOP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Due to a conflict with the Court's calendar,  the sentencing hearing in this matter previously set for March 20, 2019, is hereby **RESCHEDULED** for **Wednesday, March 27, 2019, at 10:00 a.m.,** to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.  The United States Marshal is **ORDERED** to produce the Defendant for said hearing.

**DONE and ORDERED** this 3rd day of January, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE