IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIM. CASE NO.: 18-00269-CG |
| | ) | |
| KYLE ROSS ROOP | ) | |

## POSITION OF DEFENDANT WITH
## RESPECT TO PRESENTENCING REPORT

The Defendant, Kyle Ross Roop, has no objections to the Presentence Investigation Report.

                                      Raymond L. Bell, Jr.
                                      Attorney for the Defendant
                                      By:
                                      /s/ Raymond L. Bell, Jr.
                                      Raymond L. Bell, Jr. (BELLR2024)

11 North Water Street
Suite 24290
Mobile, Alabama 36602
251.300.6293
251.432.0007
Rbell@maynardcooper.com

I have reviewed the Presentence Investigation Report and have reviewed it with my attorney and I understand it and have no objections to the contents therein.

_____
Kyle Ross Roop

3-13-19
_____
Date

CERTIFICATE OF SERVICE

I hereby certify that I have on this the ___13___ day of March 2018, served a complete and accurate copy of the foregoing on all parties of record in this matter by electronically filing the same with the Clerk of the Court vie the electronic filing system which will provide notice to the subscribers to the same system in this cause of by pacing a copy of the same in the United States Mail, first class postage prepaid, to the other parties as follows:

(1) Via E-File System

    Mr. Michael D. Anderson
    Assistant United States Attorney
    63 South Royal Street
    Room 600
    Mobile, Alabama 36602

(2) Via United States Mail

    None

                                   /s/ Raymond L. Bell, Jr.
                                   Raymond L. Bell, Jr.