**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **vs.** | *   Case No. 1:18-cr-00269-CG-B |
| | * |
| **KYLE ROSS ROOP** | * |

**POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the United States of America, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and hereby gives notice that it has no objections to the Presentence Investigation Report (doc. 25), filed on February 15, 2019.

        RICHARD W. MOORE
        UNITED STATES ATTORNEY
        by:

        */s/ Michael D. Anderson*
        Michael D. Anderson (andem8398)
        Assistant United States Attorney
        United States Attorney's Office
        63 South Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone: (251) 441-5845
        Facsimile: (251) 441-5277