**Wednesday, June 19, 2019 at 3:07:32 PM Central Daylight Time**

| | |
|---|---|
| **Subject:** | Transfer of Jurisdiction - Kyle Ross Roop |
| **Date:** | Wednesday, June 19, 2019 at 3:07:07 PM Central Daylight Time |
| **From:** | Nicole Hawkins |
| **To:** | lawdml_Criminal |
| **Attachments:** | image001.png, 18-269-001 Prob 22.pdf, 18-269-001 Cert Copies.pdf |

In accordance with the Transfer Order, pursuant to 18 U.S.C. 3605, we are transferring the above referenced action to your court.  I am only sending notification via email.  I have attached certified copies of the docket sheet, indictment, judgment, and signed transfer form transferring jurisdiction of the subject probationer or supervised releasee to your court.  Please log in to our ECF system and download any additional documents you may need.  You may use this link to access our inside server: ▮▮▮▮▮▮▮▮▮▮▮.

The court login to our system is as follows:
login: ▮▮▮▮
password: ▮▮▮▮

Please send a reply email acknowledging receipt and don't hesitate to let us know if we can be of further assistance.



*Nicole Hawkins*

Case Administrator
U.S. District Court, SDAL
work: (251) 694-4272
email: nicole_hawkins@alsd.uscourts.gov